IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:25-cr-091 |
| v. | ) | INFORMATION |
| JOSEPH THOMAS LAMB, | ) | T. 16 U.S.C. § 703(a) |
| | ) | T. 16 U.S.C. § 707(a) |
| Defendant. | ) | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
**(Taking, Pursuing, Wounding, or Killing Migratory Birds)**

On or about June 10, 2025, in the Southern District of Iowa, the defendant, JOSEPH THOMAS LAMB, did knowingly and intentionally take, pursue, wound, and kill, and attempt to take, pursue, wound and kill one or more Canada Geese, a migratory bird protected under the Migratory Bird Treaty Act, without being permitted by law to do so.

This is a violation of Title 16, United States Code, Sections 703(a) and 707(a).

Richard D. Westphal
United States Attorney

By: *[signature]*

Debra Mendenhall
Assistant United States Attorney